IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BEDFORD NISSAN, INC., *et al.* | ) | CASE NO. 1:16-cv-00423-DAP |
| | ) | |
| Plaintiffs, | ) | JUDGE Dan Aaron Polster |
| v. | ) | |
| | ) | |
| NISSAN NORTH AMERICA, INC. | ) | **PLAINTIFFS' NOTICE OF SERVICE** |
| | ) | **OF FIRST SET OF REQUESTS FOR** |
| Defendant. | ) | **ADMISSIONS AND REQUEST FOR** |
| | ) | **PRODUCTION OF DOCUMENTS** |
| | ) | |
| | ) | |

Plaintiffs, Bedford Nissan, Inc., MMN, LLC /dba/ Mentor Nissan, MD Auto Group, LLC /dba/ I-90 Nissan and Nissan of North Olmsted, LLC (collectively, "Plaintiffs"), by and through its undersigned counsel, and hereby gives notice that Plaintiffs have served the Defendant through counsel of record, with Plaintiffs' First Set of Requests for Admissions and Requests for Production of Documents.

Respectfully submitted,

*/s/ Matthew C. Miller*
**Robert A. Poklar (0015685)**
*RPoklar@westonhurd.com*
**Matthew C. Miller (0084977)**
*MMiller@westonhurd.com*
**Gary W. Johnson (0017482)**
*GJohnson@westonhurd.com*
**Weston Hurd LLP**
The Tower at Erieview
1301 East 9th Street, Suite 1900
Cleveland, OH 44114-1862
(216) 241-6602 / (216) 621-8369 (fax)
*Counsel for Plaintiffs*

-and-

1

**Christopher M. DeVito (0047118)**
*chrismdevito@gmail.com*
**Morganstern, MacAdams & DeVito Co., L.P.A.**
623 West Saint Clair Avenue
Cleveland, Ohio 44113-1204
(216) 687-1212 Office / (216) 621-2951 Fax
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Matthew C. Miller*
Matthew C. Miller (0084977)