# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **BEDFORD NISSAN, INC., et al.,** | ) | **CASE NO. 1:16 CV 423** |
| | ) | |
| Plaintiffs, | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| vs. | ) | <u>**ORDER**</u> |
| | ) | |
| **NISSAN NA, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Court has been advised by Attorneys Bob Poklar, Gary Johnson and John Skelton that their clients have accepted and executed the settlement proposal of Mediator Jerome F. Weiss.  Counsel reported that Mediator Weiss has retained jurisdiction over the settlement until the settlement agreement is executed and the dismissal entry is filed.  Counsel asked for 30 days to finalize the agreement and file a stipulated dismissal entry.  Accordingly, the Court scheduled a call-in teleconference beginning at <u>3:30 p.m. on Wednesday, May 9, 2018</u> to keep counsel on task.  Counsel shall use the same call-in instructions used for all previous teleconferences.

It is the Court's expectation that the teleconference will not be necessary because the agreement has been executed and the dismissal entry filed, in which case counsel shall notify the Court immediately so that it can open the Court's calendar for other business.  If not, counsel shall file a status report <u>no later than 12:00 noon on Tuesday, May 8, 2018</u>, explaining why the agreement has not been finalized and executed.

Based on the foregoing, today's 2:00 p.m. teleconference is hereby cancelled.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　*/s/ Dan A. Polster     April 10, 2018*
　　　　　　　　　　　　　　　　　　　　**Dan Aaron Polster**
　　　　　　　　　　　　　　　　　　　　**United States District Judge**