IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BEDFORD NISSAN, INC., MMN, LLC d/b/a MENTOR NISSAN, MD AUTO GROUP, LLC d/b/a 1-90 NISSAN and NISSAN OF NORTH OLMSTED, LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>　　　　Defendant. | Civil Action No.  1:16-cv-00423-DAP<br><br>Judge Polster |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiffs, Bedford Nissan, Inc., MMN, LLC d/b/a Mentor Nissan, MD Auto Group, LLC d/b/a I-90 Nissan, and Nissan North Olmsted and defendant, Nissan North America, Inc., hereby stipulate and agree to the dismissal of this action with prejudice, all rights of appeal waived, and each party to bear its own fees and costs.

48050200v.2

Respectfully submitted,

| | |
|---|---|
| **BEDFORD NISSAN, INC., MMN, LLC, MD AUTO GROUP, LLC, AND NISSAN OF NORTH OLMSTED, LLC,** | **NISSAN NORTH AMERICA, INC.,** |

*/s/ Matthew C. Miller*
Robert A. Poklar (0015685)
*RPoklar@westonhurd.com*
Matthew C. Miller (0084977)
*MMiller@westonhurd.com*
Gary W. Johnson (0017482)
*GJohnson@westonhurd.com*
Weston Hurd LLP
1301 East 9th Street, Suite 1900
Cleveland, OH 44114-1862
(216) 241-6602 / (216) 621-8369 (fax)

-and-

Christopher M. DeVito (0047118)
*chrismdevito@gmail.com*
Morganstern, MacAdams
  & DeVito Co., L.P.A.
623 West Saint Clair Avenue
Cleveland, Ohio 44113-1204
(216) 687-1212 / (216) 621-2951 (fax)

*Attorneys for Plaintiff*

*/s/ David R. Vance*
Stephen S. Zashin (Ohio Bar No. 0064557)
ssz@zrlaw.com
David R. Vance (Ohio Bar No. 0083842)
drv@zrlaw.com
ZASHIN & RICH CO., LPA
950 Main Avenue, 4th Floor
Cleveland, Ohio 44113
Tel.: (216) 696-4441
Fax: (216) 696-1618

- and -

William N. Berkowitz*
wberkowitz@seyfarth.com
John R. Skelton*
jskelton@seyfarth.com
Alison K. Eggers*
aeggers@seyfarth.com
Lisa K. Haines*
lhaines@seyfarth.com
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Tel.: (617) 946-4800
Fax: (617) 946-4801
* *admitted pro hac vice*

*Attorneys for Defendant*

48050200v.2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 6, 2018, a copy of the foregoing Stipulation of Dismissal with Prejudice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

            */s/ David R. Vance*
            Stephen S. Zashin (Ohio Bar No. 0064557)
            ssz@zrlaw.com
            David R. Vance (Ohio Bar No. 0083842)
            drv@zrlaw.com
            ZASHIN & RICH CO., LPA
            950 Main Avenue, 4th Floor
            Cleveland, Ohio 44113
            Tel.: (216) 696-4441
            Fax: (216) 696-1618

            - and -

            William N. Berkowitz*
            wberkowitz@seyfarth.com
            John R. Skelton*
            jskelton@seyfarth.com
            Alison K. Eggers*
            aeggers@seyfarth.com
            Lisa K. Haines*
            lhaines@seyfarth.com
            SEYFARTH SHAW LLP
            Seaport East
            Two Seaport Lane, Suite 300
            Boston, MA  02210-2028
            Tel.: (617) 946-4800
            Fax: (617) 946-4801
            * *admitted pro hac vice*

            *Attorneys for Defendant*

48050200v.2