# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| BEDFORD NISSAN, INC., MMN, LLC d/b/a MENTOR NISSAN, MD AUTO GROUP, LLC d/b/a 1-90 NISSAN and NISSAN OF NORTH OLMSTED, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Defendant. | Civil Action No. 1:16-cv-00423-DAP<br><br>Judge Polster |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiffs, Bedford Nissan, Inc., MMN, LLC d/b/a Mentor Nissan, MD Auto Group, LLC d/b/a I-90 Nissan, and Nissan North Olmsted and defendant, Nissan North America, Inc., hereby stipulate and agree to the dismissal of this action with prejudice, all rights of appeal waived, and each party to bear its own fees and costs.

**APPROVED.**
**It is SO ORDERED.**
**s/***Dan Aaron Polster*
**United States District Judge**
**Aug. 7, 2018**

48050200v.2

Respectfully submitted,

| | |
|---|---|
| **BEDFORD NISSAN, INC., MMN, LLC, MD AUTO GROUP, LLC, AND NISSAN OF NORTH OLMSTED, LLC,** | **NISSAN NORTH AMERICA, INC.,** |

*/s/ Matthew C. Miller*
Robert A. Poklar (0015685)
*RPoklar@westonhurd.com*
Matthew C. Miller (0084977)
*MMiller@westonhurd.com*
Gary W. Johnson (0017482)
*GJohnson@westonhurd.com*
Weston Hurd LLP
1301 East 9th Street, Suite 1900
Cleveland, OH 44114-1862
(216) 241-6602 / (216) 621-8369 (fax)

-and-

Christopher M. DeVito (0047118)
*chrismdevito@gmail.com*
Morganstern, MacAdams
 & DeVito Co., L.P.A.
623 West Saint Clair Avenue
Cleveland, Ohio 44113-1204
(216) 687-1212 / (216) 621-2951 (fax)

*Attorneys for Plaintiff*

*/s/ David R. Vance*
Stephen S. Zashin (Ohio Bar No. 0064557)
ssz@zrlaw.com
David R. Vance (Ohio Bar No. 0083842)
drv@zrlaw.com
ZASHIN & RICH CO., LPA
950 Main Avenue, 4th Floor
Cleveland, Ohio 44113
Tel.: (216) 696-4441
Fax: (216) 696-1618

- and -

William N. Berkowitz*
wberkowitz@seyfarth.com
John R. Skelton*
jskelton@seyfarth.com
Alison K. Eggers*
aeggers@seyfarth.com
Lisa K. Haines*
lhaines@seyfarth.com
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Tel.: (617) 946-4800
Fax: (617) 946-4801
* *admitted pro hac vice*

*Attorneys for Defendant*

48050200v.2

## CERTIFICATE OF SERVICE

      I hereby certify that on August 6, 2018, a copy of the foregoing Stipulation of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                        */s/ David R. Vance*
                        Stephen S. Zashin (Ohio Bar No. 0064557)
                        ssz@zrlaw.com
                        David R. Vance (Ohio Bar No. 0083842)
                        drv@zrlaw.com
                        ZASHIN & RICH CO., LPA
                        950 Main Avenue, 4th Floor
                        Cleveland, Ohio 44113
                        Tel.: (216) 696-4441
                        Fax: (216) 696-1618

                        - and -

                        William N. Berkowitz*
                        wberkowitz@seyfarth.com
                        John R. Skelton*
                        jskelton@seyfarth.com
                        Alison K. Eggers*
                        aeggers@seyfarth.com
                        Lisa K. Haines*
                        lhaines@seyfarth.com
                        SEYFARTH SHAW LLP
                        Seaport East
                        Two Seaport Lane, Suite 300
                        Boston, MA 02210-2028
                        Tel.: (617) 946-4800
                        Fax: (617) 946-4801
                        * *admitted pro hac vice*

                        *Attorneys for Defendant*